

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CRYSTAL CITY INDEPENDENT SCHOOL DISTRICT, | § | No. 08-23-00021-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | 365th Judicial District Court |
| v. | § | of Zavala County, Texas |
| MAGDALENA FLORES, | § | (TC# 21-09-14815-ZCV) |
| | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing Appellee's suit for lack of jurisdiction.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF SEPTEMBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge